PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Roderick Medina  Case Number: 3:12-00033-01

Name of Judicial Officer: The Honorable Juliet Griffin, U.S. Magistrate Judge

Name of Sentencing Officer: The Honorable Guillermo R. Garcia, U.S. Magistrate Judge (SDTX)

Date of Original Sentence: December 12, 2011

Original Offense: 18 U.S.C. § 1325(a)(3) and 2(a) Knowingly and Willfully Aiding and Abetting the Illegal Entry into the United States

Original Sentence: 2 years' probation

Type of Supervision: Probation  Date Supervision Commenced: December 12, 2011

Assistant U.S. Attorney: Unassigned  Defense Attorney: Unassigned

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 14th day of May, 2013, and made a part of the records in the above case.

Juliet Griffin
U. S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place  Nashville, Tennessee

Date  May 9, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1. **The defendant is ordered to serve 45 hours of community service within the first year of probation period; on or before December 12, 2012.**

   As of December 12, 2012, Mr. Medina had completed 31 hours of community service, failing to meet the 45 hours of service ordered by the Court. He has 14 hours of service remaining to be completed.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Medina began probation on December 12, 2011. He is scheduled to terminate supervision on December 11, 2013. He has maintained full-time employment at Discount Tire during his probation period. Frequently, he has worked more than full-time hours for his employer and is highly regarded for his work ethic.

Mr. Medina moved in with his mother, brother and sister in October 2012, in order to assist with rent and utilities. The family had become behind in rent payments and were close to eviction. Shortly after, his child support payments were increased. Due to increased expenses, Mr. Medina sold his car and reduced many of his living costs to assist his family. He completed 31 hours of community service with Warner Parks. Following the sale of his car, he has been unable to obtain transportation for the remaining hours of community service at that location. Some days, he walks to work, a distance of greater than 3 miles one way. He has been advised to complete the remaining 14 hours at a location closer to his home. He has remained compliant with all other conditions of probation.

### U.S. Probation Officer Recommendation:

It is respectfully recommended that Mr. Medina be continued on probation with no further action at this time.

The U. S. Attorney's Office has been notified of this violation and concurs with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer